UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                              CASE NO.  8:06-Cr-471-T-17TGW

STERLING CAPITAL COMPANY, INC.

## PLEA AGREEMENT

Pursuant to Fed. R. Crim. P. 11(c), the United States of America, by Paul I. Perez, United States Attorney for the Middle District of Florida, and the defendant, Sterling Capital Company, Inc., and the attorney for the defendant, Anthony LaSpada, mutually agree as follows:

A.    **Particularized Terms**

1.    Count Pleading To

The defendant shall enter a plea of guilty to Count One of the Information. Count One charges the defendant with filing a false tax return, in violation of 26 U.S.C. § 7206(1).

2.    Maximum Penalties

Count One carries a maximum sentence of: a fine of up to $500,000, a term of probation up to 5 years, and a special assessment of $400.00 per felony count, said special assessment to be due on the date of sentencing.  With respect to certain offenses, the Court shall order the defendant to make restitution to any victim of the

Defendant's Initials _SCC Inc_
_by SK As Pres._

offense, and with respect to other offenses, the Court may order the defendant to make

restitution to any victim of the offense, or to the community, as set forth below.

     3.     <u>Elements of the Offense</u>

     The defendant acknowledges understanding the nature and elements of

the offense with which defendant has been charged and to which defendant is pleading

guilty.  The elements of Count One are:

<u>First</u>:     That the defendant, by and through its corporate officer, made or caused to be made, and signed (subscribed) an income tax return for the year in question that was false as to a material matter.

<u>Second</u>:     The return contained a written declaration that it was made under penalties of perjury.

<u>Third</u>:     The defendant, by and through its officer, did not believe the return to be true and correct as to the material matters charged in the indictment; and

<u>Fourth</u>:     The defendant made, or caused to be made and signed and subscribed the return willfully.

     4.     <u>No Further Charges</u>

     If the Court accepts this plea agreement, the United States Attorney's

Office for the Middle District of Florida agrees not to charge defendant or Stephen King

with committing any other federal criminal offenses known to the United States

Attorney's Office at the time of the execution of this agreement, related to the conduct

giving rise to this plea agreement.

     5.     <u>Mandatory Restitution to Victim of Offense of Conviction</u>

     Pursuant to 18 U.S.C. §§ 3663A(a) and (b), defendant agrees to make full

restitution to Internal Revenue Service.

Defendant's Initials ~~SCC, Inc~~     2

~~by SK, as Pres.~~

6.    Acceptance of Responsibility - Two Levels

At the time of sentencing, and in the event that no adverse information is received suggesting such a recommendation to be unwarranted, the United States will recommend to the Court that the defendant receive a two-level downward adjustment for acceptance of responsibility, pursuant to USSG §3E1.1(a).  The defendant understands that this recommendation or request is not binding on the Court, and if not accepted by the Court, the defendant will not be allowed to withdraw from the plea.

7.    Low End

At the time of sentencing, and in the event that no adverse information is received suggesting such a recommendation to be unwarranted, the United States will recommend the defendant's request to the Court that the defendant receive a sentence at the low end of the applicable guideline range, as calculated by the Court.  The defendant understands that this recommendation or request is not binding on the Court, and if not accepted by the Court, the defendant will not be allowed to withdraw from the plea.

8.    Taxes - Payment and Cooperation

The corporation agrees to pay all taxes, interest, and penalties found to be lawfully owed and due to the Internal Revenue Service for the years 1998 through and including 2000, and to cooperate with and provide to the Internal Revenue Service any documentation necessary for a correct computation of all taxes due and owing for those years, and further agrees that the Court may make this term a condition of any sentence of probation or supervised release.

Defendant's Initials _____        3

9.   Corporate Defendant

The undersigned corporate officer or representative of the defendant

hereby certifies that he is authorized by the defendant corporation to act on its behalf,

to plead guilty to the charge alleged in the Information, and to enter into this plea

agreement, and that a corporate resolution so empowering said officer or

representative has been duly made and approved by said corporation.

**B.   Standard Terms and Conditions**

1.   Restitution, Special Assessment and Fine

The defendant understands and agrees that the Court, in addition to or in

lieu of any other penalty, <u>shall</u> order the defendant to make restitution to any victim of

the offense, pursuant to 18 U.S.C. § 3663A, for all offenses described in 18 U.S.C. §

3663A(c)(1) (limited to offenses committed on or after April 24, 1996); and the Court

may order the defendant to make restitution to any victim of the offense, pursuant to 18

U.S.C. § 3663 (limited to offenses committed on or after November 1, 1987) or § 3579,

including restitution as to all counts charged, whether or not the defendant enters a plea

of guilty to such counts, and whether or not such counts are dismissed pursuant to this

agreement.  On each count to which a plea of guilty is entered, the Court shall impose a

special assessment, to be payable to the Clerk's Office, United States District Court,

and due on date of sentencing.  The defendant understands that this agreement

imposes no limitation as to fine.

Defendant's Initials  *SCC Jnc*   4
*by Sk as Pres.*

2.    Sentencing Information

The United States reserves its right and obligation to report to the Court

and the United States Probation Office all information concerning the background,

character, and conduct of the defendant, to provide relevant factual information,

including the totality of the defendant's criminal activities, if any, not limited to the count

to which defendant pleads, to respond to comments made by the defendant or

defendant's counsel, and to correct any misstatements or inaccuracies.  The United

States further reserves its right to make any recommendations it deems appropriate

regarding the disposition of this case, subject to any limitations set forth herein, if any.

Pursuant to 18 U.S.C. § 3664(d)(3) and Fed. R. Crim. P. 32(d)(2)(A)(ii),

the defendant agrees to complete and submit, upon execution of this plea agreement,

an affidavit reflecting the defendant's financial condition.  The defendant further agrees,

and by the execution of this plea agreement, authorizes the United States Attorney's

Office to provide to, and obtain from, the United States Probation Office or any victim

named in an order of restitution, or any other source, the financial affidavit, any of the

defendant's federal, state, and local tax returns, bank records and any other financial

information concerning the defendant, for the purpose of making any recommendations

to the Court and for collecting any assessments, fines, restitution, or forfeiture ordered

by the Court.

3.    Sentencing Recommendations

It is understood by the parties that the Court is neither a party to nor

bound by this agreement.  The Court may accept or reject the agreement, or defer a

decision until it has had an opportunity to consider the presentence report prepared by

Defendant's Initials _____      5

the United States Probation Office.  The defendant understands and acknowledges that, although the parties are permitted to make recommendations and present arguments to the Court, the sentence will be determined solely by the Court, with the assistance of the United States Probation Office.  Defendant further understands and acknowledges that any discussions between defendant or defendant's attorney and the attorney or other agents for the government regarding any recommendations by the government are not binding on the Court and that, should any recommendations be rejected, defendant will not be permitted to withdraw defendant's plea pursuant to this plea agreement.  The government expressly reserves the right to support and defend any decision that the Court may make with regard to the defendant's sentence, whether or not such decision is consistent with the government's recommendations contained herein.

      4.    <u>Appeal of Sentence-Waiver</u>

      The defendant agrees that this Court has jurisdiction and authority to impose any sentence up to the statutory maximum and expressly waives the right to appeal defendant's sentence or to challenge it collaterally on any ground, including the ground that the Court erred in determining the applicable guidelines range pursuant to the United States Sentencing Guidelines, except (a) the ground that the sentence exceeds the defendant's applicable guidelines range <u>as determined by the Court</u> pursuant to the United States Sentencing Guidelines; (b) the ground that the sentence exceeds the statutory maximum penalty; or (c) the ground that the sentence violates the Eighth Amendment to the Constitution; provided, however, that if the government exercises its right to appeal the sentence imposed, as authorized by Title 18, United

Defendant's Initials ~~SCC Snc~~    6
~~by Skns Pros,~~

States Code, Section 3742(b), then the defendant is released from his waiver and may appeal the sentence as authorized by Title 18, United States Code, Section 3742(a).

     5.     <u>Middle District of Florida Agreement</u>

     It is further understood that this agreement is limited to the Office of the United States Attorney for the Middle District of Florida and cannot bind other federal, state, or local prosecuting authorities, although this office will bring defendant's cooperation, if any, to the attention of other prosecuting officers or others, if requested.

     6.     <u>Filing of Agreement</u>

     This agreement shall be presented to the Court, in open court or <u>in camera</u>, in whole or in part, upon a showing of good cause, and filed in this cause, at the time of defendant's entry of a plea of guilty pursuant hereto.

     7.     <u>Voluntariness</u>

     The defendant acknowledges that defendant is entering into this agreement and is pleading guilty freely and voluntarily without reliance upon any discussions between the attorney for the government and the defendant and defendant's attorney and without promise of benefit of any kind (other than the concessions contained herein), and without threats, force, intimidation, or coercion of any kind. The defendant further acknowledges defendant's understanding of the nature of the offense or offenses to which defendant is pleading guilty and the elements thereof, including the penalties provided by law, and defendant's complete satisfaction with the representation and advice received from defendant's undersigned counsel (if any). The defendant also understands that defendant has the right to plead not guilty or to persist in that plea if it has already been made, and that defendant has the right to

Defendant's Initials _____     7

be tried by a jury with the assistance of counsel, the right to confront and cross-examine the witnesses against defendant, the right against compulsory self-incrimination, and the right to compulsory process for the attendance of witnesses to testify in defendant's defense; but, by pleading guilty, defendant waives or gives up those rights and there will be no trial.  The defendant further understands that if defendant pleads guilty, the Court may ask defendant questions about the offense or offenses to which defendant pleaded, and if defendant answers those questions under oath, on the record, and in the presence of counsel (if any), defendant's answers may later be used against defendant in a prosecution for perjury or false statement.  The defendant also understands that defendant will be adjudicated guilty of the offenses to which defendant has pleaded and, if any of such offenses are felonies, may thereby be deprived of certain rights, such as the right to vote, to hold public office, to serve on a jury, or to have possession of firearms.

    8.   <u>Factual Basis</u>

    Defendant is pleading guilty because defendant is in fact guilty.  The defendant certifies that defendant does hereby admit that the facts set forth below are true, and were this case to go to trial, the United States would be able to prove those specific facts and others beyond a reasonable doubt:

FACTS

    Sterling Capital Company, Inc. was a Florida Corporation in Sarasota which bought and sold private mortgages from 1996 through 2000.  On or about October 13, 1999, Sterling Capital Company, Inc., by and through its duly authorized representative, did willfully make and subscribe a U.S. Corporation Income Tax Return, Form 1120, for

Defendant's Initials <u>            </u>      8

Sterling Capital Company, Inc. for calendar year 1998.  On line 11 of this tax return, the corporation, through its representative,  falsely stated that the total income that the company received that year was $370,008.00 when the corporate representative knew that the gross receipts were substantially greater.  Sterling Capital Company, Inc. actually received total income in the amount of $485,212.00, which was reflected in the company records.  The return contained a written declaration that it was made under penalties of perjury and the authorized representative of the company signed and subscribed the return.  Total tax due and owing relating to the understated amount was approximately $28,000.00.

        9.    <u>Entire Agreement</u>

        This plea agreement constitutes the entire agreement between the government and the defendant with respect to the aforementioned guilty plea and no other promises, agreements, or representations exist or have been made to the defendant or defendant's attorney with regard to such guilty plea.

Defendant's Initials _SCC Inc_   9
_by SL as Pres._

10.    Certification

The defendant and defendant's counsel certify that this plea agreement
has been read in its entirety by (or has been read to) the defendant and that defendant
fully understands its terms.

DATED this ___14th___ day of ___November___, 2006.

PAUL I. PEREZ
United States Attorney

STERLING CAPITAL COMPANY, INC.          By: _____
Defendant                                    AMANDA C. KAISER
                                             Assistant United States Attorney

_____               _____
ANTHONY LASPADA                           ROBERT A. MOSAKOWSKI
Attorney for Defendant                    Assistant United States Attorney
                                          Chief, Tampa Division